■ In the Matter of PRINCE PILGRIM, Petitioner, v ROBERT F. CUNNINGHAM, as Superintendent of Woodbourne Correctional Facility, Respondent. [10 NYS3d 904]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Lahtinen, Garry and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.